PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Roberto Campos Herrera |
| **Docket Number:** | 1:03CR05110-01 REC |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | September 15, 2003 |
| **Original Offense:** | Count 1: 8 USC 1325(a)(1), Illegal Entry by an Alien (Class B Misdemeanor)<br>Count 2: 8 USC 1325(a)(1), Illegal Entry by an Alien (Class E Felony) |
| **Original Sentence:** | 30 months Bureau of Prisons, 1 year supervised release, $110 special assessment, mandatory drug testing. |
| **Special Conditions:** | 1) Search and seizure; 2) Deportation proceedings pursuant to INS and report in person to the U.S. Probation Office within 72 hours upon any reentry into the United States. |
| **Other Court Action:** | |
| 05/27/2005: | Released from Bureau of Prisons and deported to Mexico on 05/28/2005. |
| 08/27/2005: | Defendant illegally re-entered the United States and was arrested by Department of Homeland Security. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 05/27/2005 |

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**RE:   HERRERA, Roberto Campos
       Docket Number:  1:03CR05110-01 REC
       <u>REPORT OF OFFENDER NON-COMPLIANCE</u>**


**1.    NEW ARREST**

**Details of alleged non-compliance:** On May 28, 2005, following the defendant's release from Bureau of Prisons in this case, the Department of Homeland and Security deported the defendant from the United States to Mexico. However, on August 27, 2005, within the Southern District of California, the defendant illegally re-entered the United States without having the consent of the Attorney General of the United States; in violation of Title 8 USC Section 1326.

**United States Probation Officer Plan/Justification:** The defendant is currently pending new charges of violation 8 USC 1326, Deported Alien Found in the United States in Southern District Court Case No. 05MG1371. With respect to our case, the defendant's term of supervision is scheduled to terminate on May 26, 2006. Considering the defendant's new charges in the Southern District and the expiration date of the supervision term, it is recommended that the Court take no violation action against the defendant at this time and that his supervision term on our case be allowed to expire on May 26, 2006.


Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**
Telephone:  559-499-5729


**DATED:**      April 28, 2006
                Fresno, California
                MKD


**REVIEWED BY:**     /s/ Bruce A. Vasquez
                     **Bruce A. Vasquez**
                     **Supervising United States Probation Officer**

**RE:   HERRERA, Roberto Campos**
    **Docket Number:  1:03CR05110-01 REC**
    <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

**THE COURT ORDERS:**

[X]   **The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.**

[ ]   **Submit a Request for Modifying the Conditions or Term of Supervision.**

[ ]   **Submit a Request for Warrant or Summons.**

[ ]   **Other:**

IT IS SO ORDERED.

**Dated:   <u>April 28, 2006</u>**                      <u>     **/s/ Oliver W. Wanger**     </u>
emm0d6                                            UNITED STATES DISTRICT JUDGE